**Order entered December 1, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01426-CV

### IN RE TERRENCE M. GORE, Relator

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF12-12707-U**

## ORDER
Before Justice Francis, Myers and Schenck

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** relator's Request for Emergency Injunction Relief. We **ORDER** relator to bear the

costs of this original proceeding.


/s/    LANA MYERS
        JUSTICE